IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| **CHASITY SPURLOCK, et al.,** <br><br> Plaintiffs, <br><br> vs. <br><br> **COMPLETE CASH HOLDINGS, LLC et al.,** <br><br> Defendants. | Civil Action No. 4:19-cv-219-AT |

## SCHEDULING ORDER

Upon review of the parties' Joint Preliminary Report and Discovery Plan, it is hereby ORDERED that the discovery plan contained therein is approved and adopted as follows. The first phase of discovery shall begin seven days after the Court rules on Defendants Complete Cash Holdings and Relogio's pending Motion to Dismiss and discovery shall be completed within six months thereafter.

Plaintiffs' unopposed request to modify Rule 26(a)(1)(A)(iii)'s requirement regarding initial disclosures of the damages amounts claimed is GRANTED. Plaintiffs shall be required to disclose the method of calculation of all damages with their initial disclosures, and Plaintiffs shall be required to provide the figures to be used in those calculations (i.e., the unpaid overtime claimed, the

compensation to be included in the regular rate, and the calculation of damages based on the regular rate) within thirty (30) days of Defendants' complete production of relevant documents in response to Plaintiffs' first request for production of documents.

Plaintiffs' unopposed request regarding service of subpoenas upon Plaintiffs' current employers is GRANTED. Defendants shall serve any subpoena directed to Plaintiffs' current employers on Plaintiffs' counsel at least 48 hours prior to service upon the employer. If within 48 hours Plaintiffs provide a written objection thereto, the Parties shall promptly confer and, if no agreement can be reached, Plaintiffs shall immediately notify the Court of the discovery dispute. Defendants shall refrain from serving any subpoena on Plaintiffs' current employers until the Court has ruled upon any objections thereto.

Except as modified herein, it is FURTHER ORDERED that the time limits for adding parties, amending the pleadings, filing motions, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules.

IT IS SO ORDERED, this 13th day of January, 2020.

*[signature]*
Hon. Amy Totenberg
Judge, United States District Court