IN THE UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| CHASITY SPURLOCK, HOLLY ELLIOTT, and TIFFANY THOMAS, ) ) ) ) **Plaintiffs,** ) ) v. ) ) COMPLETE CASH HOLDINGS, ) LLC d/b/a Complete Cash Discount ) Title Pawn, WORKFORCE ) HOLDINGS, LLC d/b/a Complete ) Cash Discount Title Pawn, ADP ) TOTALSOURCE FL XVIII, INC. ) d/b/a Complete Cash Discount Title ) Pawn, RELOGIO, LLC d/b/a ) Complete Cash Discount Title ) Pawn, JOHN DOE 1 d/b/a ) Complete Cash Discount Title ) Pawn, and LISA WEBSTER, ) ) **Defendants.** ) | CIVIL ACTION FILE NO.: 4:19-CV-00219-AT |

## ORDER

Now before the Court is Defendant Workforce Holdings, LLC's ("Defendant") Motion for Leave of Court to Answer Out of Time [Doc. 40]. There being no entry of default or default judgment against Defendant, and counsel for Plaintiffs indicating no intent to object, and for the reasons set forth in said Motion

and supporting Brief, the Court finds that there is excusable neglect for Defendant's failure to file an answer and, accordingly, good cause exists to grant Defendant leave of Court to answer out of time. Accordingly, pursuant to FRCP 6(B), the Court Orders Defendant to Answer or otherwise respond to the Complaint [Doc. 1] (the "Complaint") within five (5) business days following entry of this Order. Defendant shall also file its Certificate of Interested Persons at the time of filing its Answer or otherwise responding to the Complaint. Defendant shall file its Initial Disclosures within fourteen (14) days after Answering or otherwise responding to the Complaint. Defendant shall be subject to the current Scheduling Order [Doc. 23] as may be amended. All deadlines are subject to any emergency orders now or hereafter issued relating to or affecting Court operations and procedures during the current global pandemic [*see* Doc. 36].

SO ORDERED, this 9th day of April, 2020.

_____
Amy Totenberg
United States District Judge
Northern District of Georgia