## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | |
|---|---|
| CHASITY SPURLOCK, HOLLY ELLIOTT, AND TIFFANY THOMAS, | )<br>)<br>)<br>) |
| Plaintiffs, | ) CIVIL ACTION<br>) NO. 4:19-cv-219-AT |
| v. | )<br>) |
| COMPLETE CASH HOLDINGS, LLC et al., | )<br>) |
| Defendants. | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of May, 2020, I served a copy of the foregoing **DEFENDANT'S RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT** on the following counsel of record using electronic mail:

Mitchell D. Benjamin
Charles R Bridgers
Delong Caldwell Bridgers Fitzpatrick & Benjamin, LLC
3100 Centennial Tower - 101 Marietta Street
Atlanta, GA 30303
*Counsel for Plaintiffs*

Virginia Barrow Harman
John F. Lee Niedrach
McRae, Smith, Peek, Harman & Monroe, LLP
P.O. Box 29
Rome, GA 30162-0029
*Counsel for Defendant Workforce Holdings, LLC*

Christopher P. Twyman
West Evans
Cox, Byington, Twyman, & Johnson, LLP
711 Broad St.
Rome, GA 30161
*Counsel for Defendants Complete Cash Holdings, LLC;*
*Relogio, LLC; and Lisa Webster*

                                            */s/ C. Todd Van Dyke*
                                            C. Todd Van Dyke
                                            Georgia Bar No. 723420

4832-1484-0252, v. 1