## IN THE UNITED STATES DISTRICT COURT
## NORTHER DISTRICT OF GEORGIA
## ROME DIVISION

| | | |
|---|---|---|
| **CHASITY SPURLOCK, HOLLY ELLIOTT, and TIFFANY THOMAS,** | ) ) ) ) | **CIVIL ACTION FILE NO.:** |
| Plaintiffs, | ) ) | 4:19-CV-00219-AT |
| v. | ) ) ) | |
| **COMPLETE CASH HOLDINGS, LLC d/b/a Complete Cash Discount Title Pawn et al.,** | ) ) ) ) | |
| Defendants. | ) | |

## LOCAL RULE 26.3 CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS

Pursuant to LR 26.3, NDGa., I hereby certify that on this the 4th day of June, 2020 I have electronically filed this LOCAL RULE 26.3 CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to the following attorneys of record (among others):

Mr. Mitchell D. Benjamin
E-mail:  benjamin@dcbflegal.com
[COUNSEL FOR PLAINTIFFS]

Christopher P. Twyman
E-mail: chris.twyman@cbtjlaw.com
[COUNSEL FOR COMPLETE CASH HOLDINGS, LLC
& RELOGIO, LLC & LISA WEBSTER]

I further certify that on this the 4th day of June, 2020, I have served all parties with a copy of the following documents:

- Workforce Holdings, LLC's Responses to Plaintiff Chasity Spurlock's First Continuing Interrogatories to Defendant Workforce Holdings, LLC;

- Workforce Holdings, LLC's Responses to Plaintiffs' First Continuing Request for Production of Documents to Defendants Complete Cash Holdings, LLC, Workforce Holdings, LLC, Relogio, LLC and Lisa Webster;

- Workforce Holdings, LLC's Responses to Plaintiff Chasity Spurlock's First Request for Admission to Defendants Complete Cash Holdings, LLC, Workforce Holdings, LLC, Relogio, LLC and Lisa Webster;

- Workforce Holdings, LLC's Responses to Plaintiff Holly Elliott's First Request for Admission to Defendants Complete Cash Holdings, LLC, Workforce Holdings, LLC, Relogio, LLC and Lisa Webster; and

- Workforce Holdings, LLC's Responses to Plaintiff Tiffany Thomas' First Request for Admission to Defendants Complete Cash Holdings, LLC, Workforce Holdings, LLC, Relogio, LLC and Lisa Webster.

Via electronic mail to the following:

Mr. Mitchell D. Benjamin
E-mail: benjamin@dcbflegal.com
[COUNSEL FOR PLAINTIFFS]

Christopher P. Twyman
E-mail: chris.twyman@cbtjlaw.com
[COUNSEL FOR COMPLETE CASH HOLDINGS, LLC
& RELOGIO, LLC & LISA WEBSTER]

Respectfully submitted this the 4th day of June, 2020.

                                              McRAE, SMITH, PEEK,
                                              HARMAN & MONROE, LLP

|  |  |
|---|---|
|  | /s/ VIRGINIA BARROW HARMAN |
| P. O. Box 29 | VIRGINIA BARROW HARMAN |
| Rome, Georgia 30162-0029 | Georgia Bar No. 327225 |
| T: (706) 291-6223 |  |
| F: (760) 291-7429 | /s/ JOHN F. LEE NIEDRACH |
| vharman@msp-lawfirm.com | JOHN F. LEE NIEDRACH |
| lniedrach@msp-lawfirm.com | Georgia Bar No. 152408 |
|  | *Counsel for Defendant* |
|  | *Workforce Holdings, LLC* |