IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHASITY SPURLOCK ET AL.,<br><br>Plaintiffs,<br><br>vs.<br><br>COMPLETE CASH HOLDINGS, LLC, ET AL.,<br><br>Defendants. | Civil Action No. 4:19-cv-219-AT |

## ORDER

This civil action is before the Court on Plaintiffs' Motion for Leave to Amend Complaint. Upon consideration of the same and for good cause shown, the Court hereby **GRANTS** the motion. The Clerk is **DIRECTED** to file the First Amended Complaint, as attached to Plaintiff's motion, mark the Amended Complaint as filed on September 10, 2020, and to amend the docket to reflect the addition of Defendant Agora Notus, LLC.

**IT IS SO ORDERED**, this _____ day of _____ 2020.

_____
Amy Totenberg
Judge, United States District Court