IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| **CHASITY SPURLOCK et al.,** | : |
| **Plaintiffs,** | : |
| vs. | : Civil Action No. 4:19-cv-219-AT |
| **COMPLETE CASH HOLDINGS, LLC et al.,** | : |
| **Defendants.** | : |

## SECOND JOINT MOTION FOR EXTENSION OF THE DISCOVERY PERIOD

Plaintiffs Chasity Spurlock, Holly Elliott, and Tiffany Thomas and Defendants Complete Cash Holdings, LLC, Relogio, LLC, Lisa Webster, and Agora Notus, LLC jointly request that the Court extend the discovery period in this matter for 12 weeks through and including January 28, 2021, and in support thereof, shows the Court as follows:

1. This is an FLSA overtime action filed on September 24, 2019. [Dkt. 1]

2. The discovery period in this matter was originally scheduled to conclude on May 7, 2020. [Dkt. 23]

3. Discovery was previously extended through November 5, 2020, the necessity of which arose due to the appearance of multiple Defendants at various points

1

       in the original discovery period, multiple extensions of time to answer that were granted, counsel's health problems, delay caused by the pendency of motions to dismiss, and the Parties' need to engage in informal discovery regarding the appropriate parties to appear as defendants in this action.

4. On September 25, 2020, the Court granted Plaintiff's Motion to Amend to add Defendant Agora Notus, LLC as a party. [Dkt. 81]

5. Agora Notus filed its Answer on October 5, 2020. [Dkt. 85] Discovery is set to end on November 5, 2020, and the Parties will not be able to complete meaningful discovery relating to Agora Notus within the existing discovery period.

6. The Parties anticipate that discovery will likely be delayed in December and early January due to the holidays as well as heavily seasonal workloads in defense counsel's real estate practice.

7. The Parties therefore jointly request an additional twelve weeks of discovery, through and including January 28, 2021.

8. This extension is sought in good faith, not for the purpose of undue delay, and is unlikely to delay the ultimate trial of this matter, should the Parties not be able to reach a settlement.

9. A proposed order is attached for the Court's convenience.

WHEREFORE, the parties respectfully request that the discovery period be extended through and including January 28, 2021.

Respectfully submitted this 6th day of October 2020,

| | |
|---|---|
| **DELONG, CALDWELL, BRIDGERS, FITZPATRICK & BENJAMIN, LLC** | **COX, BYINGTON, TWYMAN & JOHNSON, LLP** |
| *s/ Matthew W. Herrington* <br> Mitchell D. Benjamin <br> Ga. Bar No. 049888 <br> Charles R. Bridgers <br> Ga. Bar No. 080791 <br> Matthew W. Herrington <br> Georgia Bar No. 275411 <br><br> 101 Marietta Street NW <br> Suite 2650 <br> Atlanta, GA 30303 <br> (404) 979-3150 <br> (404) 979-3170 (facsimile) <br> benjamin@dcbflegal.com <br> charlesbridgers@dcbflegal.com <br> matthew.herrington@dcbflegal.com <br><br> Counsel for Plaintiffs | *s/ M. West Evans* <br> Christopher P. Twyman <br> Georgia Bar No. 720660 <br> M. West Evans <br> Georgia Bar No. 131714 <br><br> 711 Broad Street <br> Rome, Georgia 30161 <br> Telephone: (706) 291-2002 <br> Facsimile: (706) 291-6242 <br> Email: chris.twyman@cbtjlaw.com <br> Email: west.evans@cbtjlaw.com <br><br> Counsel for Defendants Complete Cash Holdings, LLC, Relogio, LLC, Lisa Webster, and Agora Notus, LLC |

The undersigned counsel certifies pursuant to LR 7.1, NDGa, that this motion was prepared using Times New Roman 14-point font, one of the font and point selections approved by the Court in LR 5.1, NDGa.

                                                *s/ Matthew W. Herrington* <br>
                                                Matthew W. Herrington <br>
                                                Georgia Bar No. 275411

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| **CHASITY SPURLOCK et al.,** | : |
| | : |
| **Plaintiffs,** | : |
| | : |
| **vs.** | : Civil Action No. 4:19-cv-219-AT |
| | : |
| **COMPLETE CASH HOLDINGS, LLC et al.,** | : |
| | : |
| **Defendants.** | : |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed with the Clerk via the Court's CM/ECF system, which will automatically effect service upon all counsel of record.

October 6, 2020

*s/ Matthew W. Herrington*
Matthew W. Herrington
Ga. Bar No. 275411

4