# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

## 4:19-cv-00219-AT
## Spurlock et al v. Complete Cash Holdings, LLC et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held on 03/17/2021.

TIME COURT COMMENCED: 10:30 A.M.
TIME COURT CONCLUDED: 11:05 A.M.      COURT REPORTER: Shannon Welch
TIME IN COURT: 00:35                   DEPUTY CLERK: Harry Martin
OFFICE LOCATION: Rome

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Charles Bridgers representing Chasity Spurlock<br>Charles Bridgers representing Holly Elliott<br>Charles Bridgers representing Tiffany Thomas<br>Michael Evans representing Complete Cash Holdings, LLC<br>Michael Evans representing Relogio, LLC<br>Michael Evans representing Lisa Webster<br>Matthew Herrington representing Chasity Spurlock<br>Matthew Herrington representing Holly Elliott<br>Matthew Herrington representing Tiffany Thomas<br>Christopher Twyman representing Agora Notus, LLC<br>Christopher Twyman representing Complete Cash Holdings, LLC<br>Christopher Twyman representing Relogio, LLC<br>Christopher Twyman representing Lisa Webster |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | The parties are to file a joint statement regarding the fee issue by COB on Friday, March 19, 2021. |
| HEARING STATUS: | Hearing Concluded |