IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| **CHASITY SPURLOCK, HOLLY ELLIOTT, and TIFFANY THOMAS,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**COMPLETE CASH HOLDINGS, LLC, RELOGIO, LLC, AGORA NOTUS, LLC, and LISA WEBSTER,**<br><br>**Defendants.** | Civil Action No. 4:19-cv-219-AT |

**MOTION FOR ATTORNEY'S FEES AND COSTS OF LITIGATION**

Plaintiffs Chasity Spurlock, Holly Elliott, and Tiffany Thomas hereby file this Motion, along with the attached Brief in support thereof, and move this Court to award Plaintiffs their costs of litigation and reasonable attorney's fees pursuant to 29 U.S.C. § 216.

WHEREFORE, Plaintiffs request that the Court award them attorney's fees in the amount of $59,429.50and litigation costs in the amount of $760.

1

Respectfully submitted this 26th day of March 2021,

                                                                     **DELONG, CALDWELL, BRIDGERS, FITZPATRICK & BENJAMIN, LLC**

| | |
|---|---|
| | *s/ Matthew W. Herrington* |
| 101 Marietta Street | Charles R. Bridgers |
| Suite 2650 | Georgia Bar No. 080791 |
| Atlanta, GA 30303 | Matthew W. Herrington |
| (404) 979-3150 | Georgia Bar No. 275411 |
| (404) 979-3170 (facsimile) | |
| charlesbridgers@dcbflegal.com | Counsel for Plaintiffs |
| matthew.herrington@dcbflegal.com | |

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| **CHASITY SPURLOCK, HOLLY ELLIOTT, and TIFFANY THOMAS,**<br><br>Plaintiffs,<br><br>vs.<br><br>**COMPLETE CASH HOLDINGS, LLC, RELOGIO, LLC, AGORA NOTUS, LLC, and LISA WEBSTER,**<br><br>Defendants. | Civil Action No. 4:19-cv-219-AT |

## CERTIFICATE OF SERVICE

I certify that on this date I caused the foregoing document to be filed with the Clerk via the Court's CM/ECF system, thereby ensuring electronic service upon all counsel of record.

Dated: March 26, 2021

*s/ Matthew W. Herrington*
Matthew W. Herrington
Georgia Bar No. 275411
